*Ortansa Michaelesco,* pro se, in support of the petition.

Decided May 31, 2006

## STATE OF CONNECTICUT *v.* LENORIS STARKS

The defendant's petition for certification for appeal from the Appellate Court, 94 Conn. App. 325 (AC 24666), is denied.

*Jennifer Vickery*, special public defender, in support of the petition.

*Michele C. Lukban*, senior assistant state's attorney, in opposition.

Decided June 7, 2006